UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AKEEM ANTHONY GRAHAM,

        Petitioner,

v.                                Case No. 3:26-cv-1252-JEP-PDB

WARDEN, NORTH FLORIDA
DETENTION CENTER et al.,

        Respondent.

_____

## <u>ORDER TO SHOW CAUSE</u>

The Court directed the petitioner to file an amended petition by June 17, 2026. Doc. 3. The deadline has passed without a response.

Under Local Rule 3.10, "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay."

By **July 31, 2026**, the petitioner must: **(1)** show cause why the Court should not dismiss the case for want of prosecution and failure to comply with the order, Doc. 3; and **(2)** file the amended petition. If he does not, the Court may dismiss the case without further notice or proceedings.

**Ordered** in Jacksonville, Florida, on July 2, 2026.

*Patricia D. Barksdale*

Patricia D. Barksdale
*United States Magistrate Judge*

caw 7/1

c:     Akeem Anthony Graham, #A231 533 197